# UNITED STATES DISTRICT COURT
для the

__Western__ District of __Virginia__

CLERK'S OFFICE U.S. DISTRICT COURT AT ROANOKE VA. - FILED
MAR 2 6 2008
JOHN F. CORCORAN, CLERK
BY: /s/ , DEPUTY CLERK

United States of America )
v. )
Ricardo Jamarr Johnson ) Case No: 7:06CR00012-001
) USM No: 11987-084
Date of Previous Judgment: September 4, 2007 )
(Use Date of Last Amended Judgment if Applicable) ) Defendant's Attorney

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __70__ months **is reduced to** __68 months*__ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: __27__   Amended Offense Level: __25__
Criminal History Category: __II__   Criminal History Category: __II__
Previous Guideline Range: __78__ to __97__ months   Amended Guideline Range: __63__ to __78__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

This sentence consists of 8 months as to Count One and 60 months as to Count Two, to be served consecutive to the sentence imposed on Count One.

**III. ADDITIONAL COMMENTS**

The factors listed in 18 U.S.C. § 3553(a) having been considered, the government's objections to the reduction are overruled.

Except as provided above, all provisions of the judgment dated __09/04/2007__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: March 26, 2008

Judge's signature

Effective Date: _____   James C. Turk, Senior United States District Judge
(if different from order date)   Printed name and title